# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

vs.                                                              CASE NO.: 1:06-CR-014-SPM

**JESUS GONZALEZ,**

    **Defendant.**
_____/

## ORDER CONTINUING SENTENCING

**THIS CAUSE** comes before the Court upon the "Stipulated Motion to Continue Sentencing" (doc. 66) filed January 30, 2007, in which defense counsel advises that the parties are working toward resolving issues concerning application of the sentencing guidelines and requests a 60-day continuance. The Government is unopposed to the granting of the motion.

Finding good cause for the request, it is

**ORDERED AND ADJUDGED** as follows:

1.     The motion to continue (doc. 66) is hereby *granted*.

2.     Sentencing is reset for **Monday, April 2, 2006** at **1:30pm** at the United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this <u>first</u> day of February, 2007.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge