UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

vs.                                                         CASE NO.: 1:06-CR-014-SPM

**JESUS GONZALEZ,**

      **Defendant.**
_____/

## ORDER CONTINUING SENTENCING

**THIS CAUSE** comes before the Court upon the "Stipulated Motion to Continue Sentencing" (doc. 68) filed March 28, 2007, in which defense counsel advises that the parties are still working toward resolving issues concerning application of the sentencing guidelines and requests another 60-day continuance. The Government is unopposed to the granting of the motion.

Finding good cause for the request, it is

**ORDERED AND ADJUDGED** as follows:

1. The motion to continue (doc. 68) is hereby *granted*.

2. Sentencing is reset for **Monday, June 4, 2007** at **1:30pm** at the United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this <u>thirtieth</u> day of March, 2007.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge