IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

PLAINTIFF

vs.                                                                Case No. 1:06cr14-SPM/AK

**JESUS GONZALEZ**

DEFENDANT
_____/

### FINAL ORDER OF FORFEITURE

THIS CAUSE CAME before the Court on the Motion of the United States of America for a Final Order Of Forfeiture. Being fully advised in the premises, the Court finds as follows:

WHEREAS, on August 7, 2007, this Court entered a Preliminary Order Of Forfeiture against the following property:

A.  3797 ORCHARD HIGHLANDS DRIVE, PALM HARBOR, FL 34684, and more particularly described as Lot 17, Bock 2, VALENCIA HEIGHTS, according to the map or plat thereof as recorded in Plat Book 87, Pages 49 through 51, inclusive, of the Public Records of Pinellas County, Florida;

B.  1442 RED OAK DRIVE, TARPON SPRINGS, FL, and more particularly described as Lot 2, Less the North 10 Feet, Block B, Oakleaf Village Unit One, according to the plat thereof, as recorded in Plat Book 75, Page 36, of the Public Records of Pinellas County, Florida;

C.  ROLEX OYSTER PERPETUAL "YACHT MASTER" WATCH, Serial #P86163;

D.  REGIONS BANK ACCOUNT #96-0067-6879; VL: $1,896.53.

pursuant to the provisions of 21 U.S.C. § 853; and

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA
GAINESVILLE, FLA.

2008 MAR -4  PM 12: 24


FILED

WHEREAS, on or about November 21, 2006, Defendant entered a Plea and Cooperation Agreement with the United States in which Defendant agreed to the forfeiture of all forfeitable assets; and

WHEREAS, on or about September 4, 2007, an agreement was reached between the United States and Defendant in which $25,000 be forfeited in lieu of 1442 Red Oak Drive and $50,000 be forfeited in lieu of 3797 Orchard Highlands Drive; and

WHEREAS, on December 14, 21 and 28, 2007, the United States of America caused to be published in the Gainesville Sun, a newspaper of general circulation, notice of this forfeiture and the intent of the United States of America to dispose of the property, in accordance with the law, further notifying all third parties of their right to file a petition setting forth their interest in said property; and

WHEREAS, no persons or entities having an interest in the above-referenced property have filed petitions, it is hereby

**ORDERED, ADJUDGED and DECREED** that the right, title and interest to:

A. **$50,000 in lieu of 3797 ORCHARD HIGHLANDS DRIVE, PALM HARBOR, FL 34684, and more particularly described as Lot 17, Bock 2, VALENCIA HEIGHTS, according to the map or plat thereof as recorded in Plat Book 87, Pages 49 through 51, inclusive, of the Public Records of Pinellas County, Florida;**

B. **$25, 000 in lieu of 1442 RED OAK DRIVE, TARPON SPRINGS, FL, and more particularly described as Lot 2, Less the North 10 Feet, Block B, Oakleaf Village Unit One, according to the plat thereof, as recorded in Plat Book 75, Page 36, of the Public Records of Pinellas County, Florida;**

C. **ROLEX OYSTER PERPETUAL "YACHT MASTER" WATCH, Serial #P86163;**

D. **REGIONS BANK ACCOUNT #96-0067-6879; VL: $1,896.53.**

is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of in accordance with the law.

DONE AND ORDERED this __4th__ day of March, 2008

STEPHAN P. MICKLE
United States District Judge